Riebel's Estate.

Argued January 9, 1936.  Before SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

146

148

150

*George V. Strong,* for appellant.

*Frederick C. Thomas, Jr.* and *Edwin S. Ward,* for appellees, were not heard.

PER CURIAM, March 23, 1936:

The decree is affirmed on the opinion of Judge KUN. Costs to be paid by the estate.